1 | LANCE A. ETCHEVERRY (STATE BAR NO. 199916)
Lance.Etcheverry@skadden.com
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
3 | Los Angeles, California 90071
Telephone: (213) 687-5000
4 | Facsimile:  (213) 687-5600

5 | S. SHERYL LEUNG (STATE BAR NO. 238229)
Sheryl.Leung@skadden.com
6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
7 | Palo Alto, California 94301
Telephone:  (650) 470-4500
8 | Facsimile:  (650) 470-4570

9 | Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC. and
10 | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

11

**UNITED STATES DISTRICT COURT**
12 | **NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

13

| ERIC THOMAS, a Texas resident; and | ) | **CASE NO. 5:11-CV-05819-LHK** |
| BENJAMIN LANCASTER, a Pennsylvania | ) | |
| resident, on behalf of themselves and all others | ) | **STIPULATION RE CONTINUANCE OF** |
| similarly situated, | ) | **TIME FOR DEFENDANTS TO** |
| | ) | **RESPOND TO COMPLAINT AND** |
| Plaintiffs, | ) | **[PROPOSED] ORDER EXTENDING** |
| | ) | **TIME TO RESPOND TO COMPLAINT** |
| vs. | ) | |
| | ) | |
| CARRIER IQ, INC. a Delaware corporation; | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | |
| Korean company; SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., a New York corporation; and | ) | |
| SAMSUNG TELECOMMUNICATIONS | ) | |
| AMERICA, INC., a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

1    WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2    WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap

3    Act and other laws by the defendants in this case;

4    WHEREAS, there have been no other modifications to the time to answer, move or

5    otherwise respond to the complaint in this action with respect to claims asserted against defendants

6    Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC[1]. (the

7    "Samsung Defendants");

8    WHEREAS, pursuant to an ADR Scheduling Order dated December 2, 2011, the

9    Initial Case Management Conference in the above-captioned action is scheduled for February 28,

10   2012;

11   WHEREAS, over 50 other complaints have been filed to-date in federal district

12   courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

13   cellular telephone and other device users on whose devices software made by defendant Carrier IQ,

14   Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

15   WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

16   Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial

17   proceedings pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination

18   or consolidation have been filed;

19   WHEREAS plaintiffs anticipate the possibility of one or more consolidated

20   amended complaints in the CIQ cases;

21   WHEREAS plaintiffs and the Samsung Defendants have agreed that an orderly

22   schedule for any response to the pleadings in the CIQ cases would be more efficient for the parties

23   and for the Court;

24   WHEREAS plaintiffs agree that the deadline for the Samsung Defendants to

25   answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

26

27   [1] Samsung Telecommunications America, LLC was erroneously sued as Samsung
28   Telecommunications America, Inc.

1

1 following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CIQ

2 cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs do

3 not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court or

4 the MDL transferee court; provided, however, that in the event that any of the Samsung Defendants

5 should agree to an earlier response date in any of these cases, that Samsung Defendant will respond

6 to the complaint in the above-captioned action on that earlier date;

7       WHEREAS plaintiffs further agree that this extension is available, without further

8 stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of

9 their intention to join this Stipulation;

10      WHEREAS this Stipulation does not constitute a waiver by the Samsung

11 Defendants of any defense, including but not limited to the defenses of lack of personal

12 jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of

13 process;

14      WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation

15 does not constitute a waiver of any defense, including but not limited to the defenses of lack of

16 personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service

17 of process; and

18      WHEREAS, plaintiffs and the Samsung Defendants, as well as any defendant

19 joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that

20 defendants have received litigation hold letters, that they are complying with and will continue to

21 comply with all of their evidence preservation obligations under governing law, and that the delay

22 brought about by this Stipulation should not result in the loss of any evidence.

23      Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced

24 case and the Samsung Defendants, by and through their respective counsel of record, hereby

25 stipulate as follows:

26      1.      The deadline for the Samsung Defendants to answer, move, or otherwise

27 respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five

28 days after the filing of a consolidated amended complaint in these cases; or forty-five days after

2

1    plaintiffs provide written notice to the Samsung Defendants that plaintiffs do not intend to file a

2    Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee

3    court; provided, however, that in the event that any of the Samsung Defendants should agree to an

4    earlier response date in any of these cases, except by court order, that Samsung Defendant will

5    respond to the complaint in the above-captioned case on that earlier date.

6          2.     This extension is available, without further stipulation with counsel for

7    plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this

8    Stipulation.

9          3.     This Stipulation does not constitute a waiver by the Samsung Defendants or

10    any other named defendant joining the Stipulation of any defense, including but not limited to the

11    defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of

12    process, or service of process.

13          4.     As a condition of entry into this Stipulation, the Samsung Defendants and

14    any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying

15    with and will continue to comply with all evidentiary preservation obligations under governing

16    law.

17       IT IS SO STIPULATED.

18       DATED: January 11, 2012

19

20                     HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ *Thomas E. Loeser*
        Steve W. Berman, *pro hac vice*
        Robert F. Lopez, *pro hac vice*
        Thomas E. Loeser (202724)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1918 Eighth Avenue, Suite 3300
        Seattle, WA  98101
        (206) 623-7292

        SHANA E. SCARLETT (217895)
        715 Hearst Avenue, Suite 202
        Berkeley, CA  94710
        Telephone: (510) 725-3000
        Facsimile:  (510) 725-3001
        shanas@hbsslaw.com

        Attorneys for Plaintiffs and the Proposed Class

1

2                                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

3                                     By:   /s/ Lance A. Etcheverry
                                                   Lance A. Etcheverry
4
5                                     300 South Grand Avenue, Suite 3400
                                      Los Angeles, California 90071
6                                     Telephone:    (213) 687-5000
                                      Facsimile:    (213) 687-5600
7                                     lance.etcheverry@skadden.com

8                                            Attorneys for Defendants
                                      SAMSUNG ELECTRONICS AMERICA, INC. and
9                                     SAMSUNG TELECOMMUNICATIONS AMERICA,
                                                        LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           4

**CERTIFICATION**

I, Lance A. Etcheverry, am the ECF User whose identification and password are being used to file this **STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**.  In compliance with General Order 45.X.B, I hereby attest that Thomas E. Loeser has concurred in this filing.

DATED:  January 11, 2012

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   _/s/ Lance A. Etcheverry_
        Lance A. Etcheverry

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA,
LLC

.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _January 18_____, 2012

By:_____
                Hon. Lucy H. Koh
        UNITED STATES DISTRICT JUDGE