1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:  650.988.8500
    Facsimile:  650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    555 California Street, 12th Floor
9   San Francisco, CA 94104
    Telephone: 415.875.2300
10  Facsimile:  415.281.1350

11  Attorneys for Defendant
    Carrier IQ, Inc.
12
                    UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16  ERIC THOMAS, a Texas resident, and          Case No.: 11-CV-5819-LHK
    BENJAMIN LANCASTER, a Pennsylvania
17  resident, on behalf of themselves and all others   [PROPOSED] ORDER GRANTING
    similarly situated,                         STIPULATION RE CONTINUANCE
18                                              OF TIME FOR DEFENDANT TO
                Plaintiffs,                      RESPOND TO COMPLAINT AND
19                                              [PROPOSED] ORDER EXTENDING
           v.                                   TIME TO RESPOND TO COMPLAINT
20
    CARRIER IQ, a Delaware corporation;
21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean company;
22  SAMSUNG ELECTRONICS AMERICA, Inc. a
    New York corporation; and
23  SAMSUNG TELECOMMUNICATIONS
    AMERICA, INC., a Delaware corporation,
24
                Defendants.
25

26      Pursuant to stipulation, it is SO ORDERED.   See also ECF No. 19.

27  Dated: _January 18, 2012_____   _____
                                             Honorable Lucy H. Koh
28                                           United States District Judge

    [PROPOSED] ORDER                                      11-CV-5819-LHK

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW