| | |
|---|---|
| 1 | RODGER R. COLE (CSB No. 178865) |
| | rcole@fenwick.com |
| 2 | MOLLY R. MELCHER (CSB No. 272950) |
| | mmelcher@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 4 | 801 California Street |
| | Mountain View, CA 94041 |
| 5 | Telephone: 650.988.8500 |
| | Facsimile: 650.938.5200 |
| 6 | |
| | TYLER G. NEWBY (CSB No. 205790) |
| 7 | tnewby@fenwick.com |
| | JENNIFER J. JOHNSON (CSB No. 252897) |
| 8 | jjjohnson@fenwick.com |
| | FENWICK & WEST LLP |
| 9 | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| 10 | Telephone: (415) 875-2300 |
| | Facsimile: (415) 281-1350 |
| 11 | |
| | Attorneys for DEFENDANT |
| 12 | CARRIER IQ, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC THOMAS, a Texas resident, and BENJAMIN LANCASTER, a Pennsylvania resident, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CARRIER IQ, a Delaware corporation; SAMSUNG ELECTRONICS CO., LTD., a Korean company; SAMSUNG ELECTRONICS AMERICA, Inc. a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC., a Delaware corporation, <br><br> Defendants. | Case No.: 11-cv-05819-LHK <br><br> **ORDER GRANTING STIPULATION FOR CONTINUANCE** |

ORDER     Case No.: 11-cv-5819-LHK

1 | The parties agreed to the following stipulation at ECF No. 22:

"NOW THEREFORE, Plaintiffs, Carrier IQ, and Samsung, by and through their respective counsel of record, hereby stipulate as follows:

The dates currently set for ADR certification and selection, currently set for February 7, 2012, and initial disclosures and the filing of Rule 26(f) reports, currently set for February 21, 2012, are stayed until further order from this Court, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted, *provided*, however, that in the event that Carrier IQ or Samsung are ordered or should agree to make initial disclosures in any of the CIQ cases sooner, then Carrier IQ or Samsung, whichever of these two defendants agreed to make initial disclosures, or both Carrier IQ and Samsung, in the event that both agree to make initial disclosures, will make initial disclosures to the plaintiffs in this case in the same format and on the same date as they first make initial disclosures to plaintiffs in any of the other CIQ cases.

This Stipulation does not constitute a waiver by Carrier IQ or Samsung of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process."

Pursuant to the parties' stipulation, it is SO ORDERED.

Dated: February 9, 2012

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge