RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for DEFENDANT
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC THOMAS, a Texas resident, and BENJAMIN LANCASTER, a Pennsylvania resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, a Delaware corporation; SAMSUNG ELECTRONICS CO., LTD., a Korean company; SAMSUNG ELECTRONICS AMERICA, Inc. a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 11-cv-05819-LHK<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE** |

ORDER                                                                                                          Case No.: 11-cv-5819-LHK

The parties agreed to the following stipulation at ECF No. 22:

"NOW THEREFORE, Plaintiffs, Carrier IQ, and Samsung, by and through their respective counsel of record, hereby stipulate as follows:

The dates currently set for ADR certification and selection, currently set for February 7, 2012, and initial disclosures and the filing of Rule 26(f) reports, currently set for February 21, 2012, are stayed until further order from this Court, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted, *provided*, however, that in the event that Carrier IQ or Samsung are ordered or should agree to make initial disclosures in any of the CIQ cases sooner, then Carrier IQ or Samsung, whichever of these two defendants agreed to make initial disclosures, or both Carrier IQ and Samsung, in the event that both agree to make initial disclosures, will make initial disclosures to the plaintiffs in this case in the same format and on the same date as they first make initial disclosures to plaintiffs in any of the other CIQ cases.

This Stipulation does not constitute a waiver by Carrier IQ or Samsung of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process."

Pursuant to the parties' stipulation, it is SO ORDERED.

Dated: February 9, 2012

_____
Honorable Lucy H. Koh
United States District Judge

ORDER                           1                           Case No.: 11-cv-5819-LHK